IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDDY CAMARGO,
    Plaintiff,

vs.                                      Case No. 5:06cv246/RS/EMT

FEDERAL BUREAU OF PRISONS,
    Defendant.
_____/

## ORDER

       Plaintiff, an inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1 at 8–16).  Plaintiff has also submitted an application for leave to proceed in forma pauperis (*id.* at 5–7).

       Plaintiff failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate <u>with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>.  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

       Accordingly, it is **ORDERED**:

       1.      Plaintiff's motion to proceed in forma pauperis (Doc. 1 at 5–7) is **DENIED** without prejudice.

       2.      The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

       3.      Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six-month period</u>.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 18th day of December 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**